## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, Darlene

Printed:  1/22/08

Case Number:  03 B 50433
Judge:  Goldgar, A. Benjamin
Filed:  12/16/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  December 28, 2007
Confirmed:  February 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,783.50 |  |
| Secured: |  | 12,732.26 |
| Unsecured: |  | 840.07 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,695.00 |
| Trustee Fee: |  | 840.30 |
| Other Funds: |  | 675.87 |
| Totals: | 16,783.50 | 16,783.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nella E Mariani PC | Administrative | 1,695.00 | 1,695.00 |
| 2. | Drive Financial Services | Secured | 12,732.26 | 12,732.26 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 263.00 | 263.00 |
| 4. | Drive Financial Services | Unsecured | 469.61 | 469.61 |
| 5. | B-First | Unsecured | 107.46 | 107.46 |
| 6. | Chex Systems Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,267.33 | $ 15,267.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 104.34 |
| 4% | 59.67 |
| 6.5% | 190.21 |
| 3% | 33.57 |
| 5.5% | 184.66 |
| 5% | 55.95 |
| 4.8% | 107.40 |
| 5.4% | 104.50 |
|  | $ 840.30 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wilson, Darlene

        Printed:  1/22/08

Case Number:  03 B 50433
Judge:  Goldgar, A. Benjamin
Filed:  12/16/03

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

